# ELECTRONIC RECORD

COA # 01-14-00238-CR       OFFENSE: 21.1 (Sex Abuse of Child)

STYLE: Charles Edward Tumlinson v. The State of Texas       COUNTY: Brazoria

COA DISPOSITION:    AFFIRM       TRIAL COURT: 149th District Court

DATE: 12/18/2014       Publish: NO   TC CASE #:    50946 (Count I & II)

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Charles Edward Tumlinson v. The State of Texas       CCA #: 121-15

_____APPELLANT'S_____ Petition       CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE: _____

_____REFUSED_____       JUDGE: _____

DATE: 04/22/2015       SIGNED: _____       PC: _____

JUDGE: Per Curiam       PUBLISH: _____       DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD